**FILED**
March 24, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CANDIT SAVA, JR., )<br>)<br>Defendant. ) | Case No. MAG.08-0093-GGH<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MARIA SANTA, Case No. MAG. 08-0093-GGH from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   \_\_\_   Release on Personal Recognizance

   _X_   Bail Posted in the Sum of: $75,000.00.

        _X_   Unsecured Appearance Bond

        \_\_\_   Appearance Bond with Surety

        _X_   (Other) Conditions as stated on the record.

        \_\_\_   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  03/24/08  at 2:44pm.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge