DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, #91413
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CANDIT SAVA, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>      v.  )<br>  )<br>MARIA SANTA,,  )<br>VIRGIL SANTA, and  )<br>CANDIT SAVA, JR.,  )<br>  )<br>            Defendants.  )<br>_____ ) | 2:08-CR-0468 MCE<br><br>**STIPULATION AND ORDER RE**<br>**PHOTOCOPYING OF PASSPORT**<br>**OF DEFENDANT CANDIT SAVA, JR.**<br><br>Judge: Hon. Edmund F. Brennan |

**IT IS HEREBY STIPULATED** between plaintiff, United States of America, and defendant Candit Sava, Jr., that the Clerk of the Court or any Pretrial Services Office may photocopy the passport of Candit Sava, Jr., which Mr. Sava surrendered to the Clerk of the Court as a condition of pretrial release, and provide a photocopy of the passport to Candit Sava, Jr., or to his attorney.

On December 23, 2009, Pretrial Services Officer Rebecca Fidelman advised undersigned defense counsel that Mr. Sava requires a photocopy of his passport to assist in resolving an issue concerning a birth

1  certificate.  Ms. Fidelman asked that an order be issued permitting her
2  or the Clerk's office to photocopy the passport so that Mr. Sava can use
3  the copy to resolve the issue.  Counsel for the government agreed the
4  passport could be copied as set forth herein.

```
                                        DANIEL J. BRODERICK
                                        Federal Defender


DATED: December 23, 2009                /s/ T. Zindel
                                        TIMOTHY ZINDEL for JEFF STANIELS
                                        Assistant Federal Defender
                                        Attorney for CANDIT SAVA, JR.


DATES: December 23, 2009                BENJAMIN B. WAGNER
                                        United States Attorney



                                   By:  /s/ T. Zindel
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney
```

**O R D E R**

   IT IS SO ORDERED.

DATE: December 24, 2009

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE