```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    CANDIT SAVA, JR.
 6

 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00468-MCE |
| Plaintiff, | ) | |
| v. | ) | WAIVER OF DEFENDANT'S PRESENCE |
| MARIA SANTA, VIRGIL SANTA, CANDIT SAVA, JR., FABIAN LEONTE and GEORGIY TIMOFEY, | ) | |
| Defendants. | ) | |

I, CANDIT SAVA, JR., hereby waive the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, impanelment of jury, trial, and imposition of sentence. I request that the court proceed during every absence the court may permit pursuant to this waiver.

///

1

1 I agree that my interests will be deemed represented at all times by
2 the presence of my attorney, the same as if I were personally present,
3 and I further agree to be present in court ready for hearing any day
4 and hour the court may fix in my absence.
5     I have been informed of my rights under the Speedy Trial Act, 18
6 U.S.C. §§ 3161-3174, and I authorize my attorney to set times and
7 delays under the Act without me being present.

Dated:  September 22, 2010               /s/ *Candit Sava, Jr.*
                                         _____
                                         CANDIT SAVA, JR.
                                         Defendant

    I concur in Mr. Sava's decision to waive his appearance at future
preliminary proceedings.

                                         Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender

Dated:  September 22, 2010               /s/ Jeffery Staniels
                                         _____
                                         JEFFREY STANIELS
                                         Assistant Federal Defender
                                         Attorney for CANDIT SAVA, JR.

IT IS SO ORDERED.

 Dated: September 27, 2010

                                         _____
                                         MORRISON C. ENGLAND, JR.
                                         UNITED STATES DISTRICT JUDGE

2