DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, #91413
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CANDIT SAVA, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:08-CR-0468-3 MCE |
| Plaintiff, | ) |
| v. | ) **ORDER AMENDING CONDITIONS OF PRE-TRIAL RELEASE** <br> ) **AS TO DEFENDANT CANDIT SAVA, JR.** |
| CANDIT SAVA, JR., | ) |
| Defendant. | ) Judge: Hon. Gregory G. Hollows <br> )        (In Chambers) |

**WHEREAS** defendant Candit Sava, Jr., is currently being supervised by this court's Pre-Trial Services Office, and

**WHEREAS** the court is advised that Mr. Sava has requested that certain counseling services be extended to him; and

**WHEREAS** supervising Pretrial Services Officer Becky Fidelman has advised Assistant Federal Defender Jeffrey L. Staniels, counsel for Mr. Sava, that Pre-Trial Services is prepared to extend the requested services, and has asked counsel to assist in facilitating access to those services;

**THEREFORE** the following condition of Pre-Trial Release is ordered to be added to Mr. Sava's conditions of Pre-Trial Release:

"9. You shall participate in a program of medical or psychiatric

treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer."

**IT IS SO ORDERED.**

DATE: November 12, 2010        /s/ Gregory G. Hollows
                               _____
                               HON. GREGORY G. HOLLOWS
                               United States Magistrate Judge

sava.ord