DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, #91413
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CANDIT SAVA, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>CANDIT SAVA, JR.,<br><br>           Defendant. | No. 2:08-cr-468-03 MCE<br><br>ORDER EXCUSING PERSONAL APPEARANCE AT STATUS CONFERENCE<br><br>Date:  December 16, 2010<br>Time:  9:00 p.m.<br>Judge: Hon. Morrison C. England, Jr. |

    **WHEREAS**, the court is advised that defendant CANDIT SAVA, Jr. requests to be excused from personally appearing at the status conference scheduled for December 16, 2010, in order to accompany his father on an interstate trucking trip; and

    **WHEREAS**, a waiver of personal appearance has been filed previously pursuant to federal rule of criminal procedure 43, CR 87;

///

///

**THEREFORE**, subject to advanced approval of the details and duration of the proposed trip by the Pretrial Services Office, Mr. Sava is excused from personally appearing in court on December 16, 2010

**IT IS SO ORDERED.**

Dated: November 30, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE