```
 1 | DANIEL J. BRODERICK, #89424
   | Federal Defender
 2 | JEFFREY L. STANIELS, #91413
   | Supervising Assistant Federal Defender
 3 | 801 I Street, 3rd Floor
   | Sacramento, California 95814
 4 | Telephone: (916) 498-5700
 5 | Attorney for Defendant
   | CANDIT SAVA, JR.
```

                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-cr-0468-3 KJM |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER MODIFYING |
|    | ) CONDITIONS OF RELEASE |
| CANDIT SAVA, JR., | ) |
|    | ) Judge: Hon. DALE A. DROZD |
| Defendant. | )             (In Chambers) |

   **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Stegman, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Candit Sava, Jr. that the conditions of Mr. Sava's release be modified to permit him to live in Alaska with his wife and family pending trial in the above case, currently scheduled for October 17, 2011.

   **IT IS FURTHER STIPULATED** that in connection with Mr. Sava's relocation, that the current condition for mental health counseling, which Mr. Sava has satisfactorily completed, be terminated.

   The court is advised that Mr. Sava's Pretrial Services Officer has

FILED
APR - 5 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

conferred with both counsel and has no objection to these requests.

**IT IS SO STIPULATED.**


DATE: April 5, 2011          Daniel J. Broderick
                             Federal Defender


                             /s/ Jeffrey L. Staniels
                             JEFFREY L. STANIELS
                             Assistant Federal Defender
                             Attorney for CANDIT SAVA, JR.


DATE: April 5, 2011          Benjamin Wagner
                             United States Attorney

                        By:  /s/ Matthew Stegman
                             MATTHEW STEGMAN
                             Assistant U.S. Attorney


                          O R D E R

IT IS SO ORDERED.

             By the Court,


DATE: April 5, 2011          _____
                             Hon. Dale A. Drozd
                             United States Magistrate Judge